**FILED**

DEC 30 2024

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

Diana Mey
14 Applewood Drive
Wheeling WV 26003
diana_mey@comcast.net

December 30, 2024

ATTN: CHANGE OF ADDRESS
Clerk of the Court NDWV
1125 Chapline Street - Suite 3000
Wheeling WV 26003

RE: Mey v. CHW Group Civil Action No. 5:24-cv-00213-JPB-JPM

Please note the following temporary address change for the Plaintiff in the above referenced matter beginning January 1, 2025:

Diana Mey
1760 Morelas Road
The Villages, FL 32159

Sincerely,

*Diana Mey*
Diana Mey
Plaintiff, Pro Se